FILED
CLERK, U.S. DISTRICT COURT

JUL 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERICO CASTANEDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No. CV 07-5056-GHK(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 7/30/08

_____
George H. King
United States District Judge